# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Daniel Edwards** | JUDGMENT IN A CIVIL CASE |
| vs. | **CASE NO.**  9:02-CV-1061 |
| **Leonard Portuondo** | |

___  **JURY VERDICT.**  This action came before this Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_  **DECISION BY COURT.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT PETITIONER'S HABEAS CORPUS PETITION IS DENIED AND DISMISSED.

IN ACCORDANCE WITH THE HONORABLE THOMAS J. MCAVOY'S DECISION & ORDER FILED AUGUST 31, 2005.

Dated:  August 31, 2005

*Lawrence K. Baerman*
Clerk of Court

s/S. Potter
By:  Deputy Clerk